HARVEY HOLMES, Petitioner, &c.

ONE Norton, clerk of a company of militia, complained *Sept. 21st* to a justice of the peace, that Holmes, " being duly enrolled in said company, and being duly notified to meet with said company, &c., did leave his platoon and company without leave of an officer, and has forfeited the sum of ten dollars." Upon this complaint Holmes was adjudged to pay a fine of two dollars ; and he now prayed for a writ of *certiorari* to the justice, *first*, because it is not stated in the information, that he was a non-commissioned officer or private.; but *per Curiam*, it being stated that he was duly enrolled and duly notified to meet with the company, we may well intend, upon this application to our discretion, that he was a private.

*Secondly*, because it is not alleged that he left his platoon and company. unnecessarily, and so no offence is alleged ; but *per Curiam*, an offence is sufficiently set forth, and it was incumbent on the petitioner to show a necessity for his leaving the ranks.

*Thirdly*, because the penalty for the supposed offence is   **190** not stated to be not less than two dollars nor more than ten dollars, as by the statute is provided. But *per Curiam*, the

magistrate has imposed the smallest fine, and justice does not require the interposition of this Court.

*Petitioner takes nothing by his petition.*